UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESS BAHS, *et al*.,

Plaintiffs,

Case No. 25-cv-11548
Hon. Matthew F. Leitman

v.

CITADEL SECURITIES LLC, *et al*.

Defendants.

/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 22)**

On August 3, 2026, the Court held a hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint. (*See* Mot., ECF No. 22.) For the reasons explained on the record, the motion is **GRANTED** and Plaintiffs' First Amended Complaint is **DISMISSED** in its entirety **WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126