UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESS BAHS, *et al*.,

Plaintiffs,

v.

Case No. 25-cv-11548
Hon. Matthew F. Leitman

CITADEL SECURITIES LLC, *et al*.

Defendants.
______________________________________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 3, 2026
Detroit, Michigan